

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00028-CV

Clay **JACKSON**,
Appellant

v.

Francis **WAGMAN**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016-CV-05999
Honorable H. Paul Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED. We REMAND this cause to the trial court. Costs of court for this appeal are taxed against Appellee Francis Wagman.

SIGNED December 19, 2018.

_____
Patricia O. Alvarez, Justice